IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALICIA MARIE BLEA,

    Plaintiff,

vs.                                                                       No. CV 20-1310 KG/GBW

SOCIAL SECURITY ADMINISTRATION,
*Andrew M. Saul, Commissioner of Social Security Administration*,

    Defendant.

ORDER OF REFERENCE RELATING TO
SOCIAL SECURITY APPEALS

In accordance with the provisions of 28 U.S.C. §§ 636(b)(1)(B), (b)(3), and *Va. Beach Fed. Sav. & Loan Ass'n v. Wood*, 901 F.2d 849 (10th Cir. 1990), this case is referred to Magistrate Judge Gregory B. Wormuth to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the case.  The Magistrate Judge will analyze whether Plaintiff adequately served Defendant pursuant to Federal Rule of Civil Procedure 4(i), and whether the record contains enough factual information to proceed on Plaintiff's "*Proposed Judgment in favor of Plaintiff*," (Doc. 10), which the Court construes as a motion for default judgment pursuant to Rule 55(b)(2). If the Magistrate Judge recommends that the Court determine that Plaintiff did not properly effect service, the Magistrate Judge need not address Document 10.  However, in that event, the Magistrate Judge will make a recommendation on how to cure the service defect.  The Magistrate Judge will submit an analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties.  The parties will be given the opportunity to object to the proposed findings, analysis,

and disposition as described in 28 U.S.C. § 636(b)(1).  Objections must be filed within fourteen (14) days after being served with a copy of the proposed disposition.

_____
UNITED STATES DISTRICT JUDGE