IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALICE MARIE BLEA,

    Plaintiff,

v.                                                                           Civ. No. 20-1310 KG/GBW

KILOLO KIJAKAZI, *Acting Commissioner of*
*the Social Security Administration*,[1]

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed August 5, 2022, (Doc. 13), and Plaintiff Alice Marie Blea's Objections thereto, filed September 2, 2022, (Doc. 16). Having reviewed the recommendation and the objections thereto, the Court adopts the PFRD and denies Plaintiff's "Judgment in a Civil Action," (Doc. 10), which the Court construes as a motion for default judgment.

Plaintiff did not object to the PFRD, *per se*, and did not challenge the factual findings or legal conclusions underpinning the Magistrate Judge's recommendation to deny default judgment in this case. Instead, Plaintiff appears to object to dismissing this case on the merits. The Court is not dismissing the case on the merits and is not otherwise disposing of Plaintiff's appeal from the agency at this time. The Court simply denies Plaintiff's Motion for Default Judgment.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Kilolo Kijakazi is automatically substituted for Andrew Saul as the Defendant in this matter.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE