IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALICIA MARIE BLEA,

    Plaintiff,

v.                                                  Case No. 20-cv-1310-KG-GBW

KILOLO KIJAKAZI, *Acting Commissioner of the Social Security Administration*,

    Defendant.

## ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed his Proposed Findings and Recommended Disposition ("PFRD") on September 14, 2023. (Doc. 41). The PFRD notified the parties of their ability to file objections within fourteen days, and that failure to do so waived appellate review. *Id.* at 15. On September 28, 2023, Plaintiff filed objections to the Magistrate Judge's PFRD. (Doc. 42).

Pursuant to FED. R. CIV. P. 72(b), the Court has conducted a de novo review of the record and all parts of the Magistrate Judge's PFRD that have been properly objected to. After conducting this de novo review and having thoroughly considered the Magistrate Judge's PFRD and the objections, the Court finds no reason either in law or fact to depart from the Magistrate Judge's recommended disposition.

IT IS THEREFORE ORDERED AS FOLLOWS:

1. Plaintiff's objections are OVERRULED;

2. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 41) are ADOPTED;

3. The Court DENIES Plaintiff's Motion of Reverse and Remand (Doc. 33) and AFFIRMS the judgment of the SSA; and

4. The Court DENIES AS MOOT Plaintiff's Motion to Proceed (Doc. 40).

_____
UNITED STATES DISTRICT JUDGE